**TIFFANY & BOSCO**
P.A.

2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-53157

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Ronald L. Record and Patricia M. Record<br>    Debtors.<br><br>Bank of America, NA<br><br>    Movant,<br>vs.<br><br>Ronald L. Record and Patricia M. Record, Debtors; Edward J. Maney, Trustee.<br><br>    Respondents. | No. 2:10-bk-35116-SSC<br><br>Chapter 13<br><br>ORDER FOR REMOVAL<br>OF BANKRUPTCY STAY |

IT IS HEREBY ORDERED by and between the parties herein, through counsel undersigned, that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated effective immediately with respect to the real property which is the subject of the Deed of Trust recorded , at Recorders No. , in the records of the MARICOPA County, Arizona Recorder's Office, wherein Ronald L. Record and Patricia M. Record, are designated as trustors and Bank of America, NA is the beneficiary/successor beneficiary, which Deed of Trust encumbers the following described real property:

Lot 97, GRAYHAWK VILLAGE 1, PARCEL 1-E, according to Book 424 of Maps, page 34,

1

records of Maricopa County, Arizona.

EXCEPT all oil gas and other hydrocarbon substances, helium or other substances of a gaseous nature, geothermal resources, coal, metals, minerals, fossils, fertilizer of every name and description and except all materials which may be essential to production of fissionable material as reserved in Arizona Revised Statutes.

IT IS FURTHER ORDERED that the debtors has no desire to maintain or keep the property and has decided to surrender his interest in the property legally described herein.

IT IS FURTHER ORDERED that Movant is now permitted, in its discretion to commence or conduct a Trustee's Sale, commence judicial foreclosure, or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER ORDERED that an Order Lifting Stay will remain in full force and effect in any bankruptcy chapter to which the Debtor may convert.

IT IS FURTHER ORDERED that any hearing scheduled in the matter are vacated.